01

02

03

04

05

06                             UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08  UNITED STATES OF AMERICA,          )   CASE NO. MJ 07-597
                                       )
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )   DETENTION ORDER
11  CHRISTOPHER RYAN REA,              )
                                       )
12          Defendant.                 )
    _____)

13

14  Offense charged:

15          Conspiracy to Distribute Cocaine

16  Date of Detention Hearing:    Initial Appearance: December 27, 2006

17          The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of any other person and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22          (1)   **Drug Trafficking.** The complaint establishes probable cause to believe defendant

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01  conspired to distribute two kilograms or more of cocaine.  The evidence in support of the

02  complaint indicates defendant discarded 2.3 grams of cocaine as he fled from officers who were

03  attempting to arrest him on this charge.  It also indicates he sold 0.88 grams of cocaine to an

04  undercover agent in August of 2007.  Defendant also told the undercover agent he had been

05  buying Oxycontin in Las Vegas, and transporting the pills to Seattle, making a profit of $50,000

06  on each trip; and that he and his partner had recently sold six kilos of cocaine to Canadian drug

07  traffickers.

08          (2)     **Firearms and Ammunition.**  A search of his residence produced (in addition to

09  drugs and paraphernalia) four firearms, at least three of which were semi-automatic weapons, and

10  hundreds of rounds of ammunition.  One of those weapons has been linked to the attempted armed

11  robbery described in the next paragraph.

12          (3)     **Attempted Armed Robbery.**  Defendant is a suspect in an attempted armed

13  robbery of a Walgreen's store on or about October 29, 2007.  One witness indicated the robber

14  had a tattoo on his left forearm; defendant has a tattoo which appears to fit that description.  There

15  are other identifications, of varying specificity and reliability, of the robber and his vehicle, which

16  appear to be at least consistent with defendant as the robber.  There is also evidence that a man,

17  believed to be the defendant, told another man at a gas station that he intended to rob the

18  Walgreen's store and to "shoot it up," and that he threatened the witness with death if he informed

19  anyone.

20          (4)     **Flight from Scene of Attempted Arrest.**  When officers attempted to arrest

21  defendant and his companion in connection with the arranged sale of two kilos of cocaine, the two

22  suspects rammed the SWAT vehicle, drove away, jumped from their vehicle, discarded a bag of

DETENTION ORDER                                                                        15.13
18 U.S.C. § 3142(i)                                                                    Rev. 1/91
PAGE 2

01  cocaine, and fled into the woods.

02      (5)     **Drug Use.**  Defendant acknowledges that he has a serious drug and alcohol abuse

03  problem, of long standing.  He consumes four to six beers three times a week.  He uses one gram

04  of cocaine and one gram of marijuana daily.  He also uses many prescription drugs, primarily

05  Oxycontin but also Valium, Xanax, Methadone, Vicodin, and Percocet.  He advised the Pretrial

06  Services Officer he will use any prescription drug "when it's there."  In the past, he has used LSD,

07  hallucinogenic mushrooms, and has "huffed gas."

08      (6)     **Drug Treatment Programs.**  Defendant has participated in programs at various

09  drug and alcohol treatment facilities, totaling five years.  Defendant and his family propose that

10  he be ordered to participate in another such program at this time, in lieu of detention.  The court,

11  however, has no reason to believe that defendant would be any more likely to succeed at such a

12  program than at the prior programs.  Specifically, his participation in such a program would not

13  provide reasonable assurance of his future court appearances or of the safety of other persons and

14  the community.

15  It is therefore ORDERED:

16      (1)     Defendant shall be detained pending trial and committed to the custody of the

17              Attorney General for confinement in a corrections facility separate, to the extent

18              practicable, from persons awaiting or serving sentences or being held in custody

19              pending appeal;

20      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

21              counsel;

22      (3)     On order of a court of the United States or on request of an attorney for the

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                    Rev. 1/91
PAGE 3

01        Government, the person in charge of the corrections facility in which defendant is

02        confined shall deliver the defendant to a United States Marshal for the purpose of

03        an appearance in connection with a court proceeding; and

04    (4)    The clerk shall direct copies of this order to counsel for the United States, to

05        counsel for the defendant, to the United States Marshal, and to the United States

06        Pretrial Services Officer.

07   DATED this 27th day of December, 2007.

08

09

                               John L. Weinberg

10                           United States Magistrate Judge

DETENTION ORDER                           15.13
18 U.S.C. § 3142(i)                          Rev. 1/91
PAGE 4